Ted R. Frame, Esq., SBN 023736
Russell Matsumoto, Esq., SBN 084949
FRAME & MATSUMOTO
Attorneys at Law
201 Washington Street
Post Office Box 895
Coalinga, California 93210-0895
Telephone:     (559) 935-1552
Facsimile:     (559) 935-1555
Email:         lawfirm@lightspeed.net

Attorneys for William Mouren

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | Case No.: 1:05-CV-00374-AWI-DLB |
| Plaintiff, | JOINT REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE, AND ORDER |
| vs. | |
| | DATE: AUGUST 24, 2006 |
| WILLIAM MOUREN | TIME: 8:30 A.M. |
| | JUDGE: HON. DENNIS L. BECK |
| Defendant. | COURTROOM NO. 9 |

REQUEST/STIPULATION

The parties hereto, acting through their respective counsel, jointly request that the Scheduling Conference now set for August 24, 2006 at 8:30 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck be continued for approximately thirty days, consistent with the Court's calendar.  The reasons for the request are that the parties are engaged in settlement negotiation, and there is a reasonable likelihood that within the thirty day period, the case will be settled and dismissed, thereby conserving the Court's time as well as the time and expense of the parties.

Dated: August 15, 2006       LAW OFFICES OF THOMAS N. STEWART

By  /s/ Thomas N. Stewart
THOMAS N. STEWART, Attorney for plaintiff


FRAME & MATSUMOTO

By:  /s/ Ted R. Frame
TED R. FRAME, attorneys for defendant and third-party plaintiff, William Mouren


WILSON & ALTSCHULE

By:  /s/ Joseph Altschule
JOSEPH ALTSCHULE, attorneys for third-part defendant, Richard Colwell

ORDER

Good cause appearing therefor, it is so ordered. The Scheduling Conference is reset for September 25, 2006 at 8:30 a.m. in Courtroom 9.

Dated: August 17, 2006

   /s/ Dennis L. Beck
United States Magistrate Judge