THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jeff Haworth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | Case No.  1:06-CV-374-AWI-DLB |
| Plaintiff, | STIPULATION OF DISMISSAL OF COMPLAINT; ORDER |
| v. | |
| WILLIAM and DORIS MOUREN, | |
| Defendants. _____/ | |
| and related cross-action.                   /   | |

Plaintiff and Defendant, William Mouren, hereto stipulate as follows:

Defendant, Doris Mouren, was previously dismissed.  Plaintiff and William Mouren (the Parties) have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the Parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The Parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The Parties request the Court to retain jurisdiction for one year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the Parties are hereby dismissing the Complaint with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the Complaint in this Action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

This Dismissal does not affect the Third-party Complaint between William Mouren and Richard Cowell.  A separate Dismissal will be filed for it.

Date:   September 7, 2006                                         Date:  September 7, 2006


S/Ted R. Frame,                                                          S/Thomas N. Stewart, III,
Attorney for Defendant                                            Attorney for Plaintiff


**ORDER**

IT IS SO ORDERED.

**Dated:     September 8, 2006**                             /s/ Anthony W. Ishii
0m8i78                                                                         UNITED STATES DISTRICT JUDGE