Ted R. Frame, Esq., SBN 023736
Russell Matsumoto, Esq., SBN 084949
FRAME & MATSUMOTO
Attorneys at Law
201 Washington Street
PO Box 895
Coalinga, CA  93210-0895
Phone (559) 935-1552
Fax (559) 935-1555
E-mail Ted@Frame-Matsumoto.com

Attorneys for William Mouren

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | Case No.: 1:06-CV-374-AWI-DLB |
| Plaintiff, | STIPULATION OF DISMISSAL OF |
| v. | THIRD-PARTY COMPLAINT; ORDER |
| WILLIAM MOUREN, | |
| Defendants. | |
| WILLIAM MOUREN, | |
| Third-party Plaintiff, | |
| v. | |
| RICHARD COWELL, | |
| Third-party Defendant. | |

STIPULATION

William Mouren, Third-Party Plaintiff, and Richard Colwell, sued herein as Richard Cowell, Third-Party Defendant, acting through their respective counsel, stipulate as follows:

    The Third-Party Complaint in this Action be and hereby is dismissed with prejudice as to this Action, without prejudice to Third-Party Plaintiff later commencing a subsequent

LAW OFFICES
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA  93

Action against Third-Party Defendant who has agreed with Third-Party Plaintiff that he will make certain corrections to the subject property, should Third-Party Defendant fail to do so.

DATED: September 7, 2006

          FRAME & MATSUMOTO
BY:
 /s/ Ted R. Frame
Ted R. Frame, attorneys for third-party plaintiffs

WILSON & ALTSCHULE
BY:
 /s/ Joseph Altschule
Joseph Altschule, attorneys for third-party defendant

## ORDER

Good cause appearing therefor, IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   September 20, 2006**               **/s/ Anthony W. Ishii**

0m8i78                    UNITED STATES DISTRICT JUDGE

LAW OFFICES
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA  93

STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT; ORDER - 2